Before MOTZ, WYNN, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Hesman Tall appeals the district court's order dismissing his civil action alleging wrongful termination. We have reviewed the record and find no reversible error. Accordingly, we deny Tall leave to proceed in forma pauperis and affirm for the reasons stated by the district court. *Tall v. MV Transp.*, No. 12–417, 2012 WL 4480720 (D.Md. Sept. 27, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*

Petition denied by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marcus D. Dukes petitions for a writ of mandamus, alleging the district court has unduly delayed acting on his "Motion for Relief from Order and to Reopen Judgment Pursuant to Rule 60(b)." He seeks an order from this court directing the district court to act. The district court entered an order denying Dukes' motion on January 31, 2013. Accordingly, because the district court has recently decided Dukes' motion, we deny the mandamus petition as moot. We grant leave to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED.*

**In re Marcus D. DUKES, Petitioner.**

No. 12–2320.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 20, 2013.

Decided: Feb. 28, 2013.

Marcus D. Dukes, Petitioner Pro Se.

Before WILKINSON, NIEMEYER, and THACKER, Circuit Judges.

**Terry Eugene WOODS, Petitioner–Appellant,**

v.

**Warden ZYCH; Jane Doe; John Doe; United States of America, Respondents–Appellees.**

No. 12–7497.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 26, 2013.

Decided: Feb. 28, 2013.